**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**DANA L. SMITH, JR.**                                                        **PLAINTIFF**
**ADC #157219**

**V.**                                    **No. 4:26-cv-00032-LPR-BBM**

**TYSON,** *et al.*                                                          **DEFENDANTS**

## <u>ORDER</u>

On January 12, 2026, Dana L. Smith, Jr., an inmate at the East Arkansas Regional Unit of the Arkansas Division of Correction, filed a *pro se* Complaint pursuant to 42 U.S.C. § 1983.[1] On January 15, 2026, the Court entered an Order denying Mr. Smith's incomplete motion to proceed *in forma pauperis* and directing Mr. Smith to either pay the $405 filing fee or file a complete motion to proceed *in forma pauperis* within thirty (30) days.[2] The Court warned Mr. Smith that his failure to comply with the Order would result in the dismissal of his Complaint without prejudice.[3]

Mr. Smith has not complied with the January 15th Order, and the time for doing so has expired. Accordingly, Mr. Smith's Complaint is hereby DISMISSED without prejudice pursuant to Local Rule 5.5(c)(2) for failure to prosecute. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

---

[1] Compl. (Doc. 2).

[2] Order (Doc. 4). The Order was entered by United States Magistrate Judge Benecia B. Moore.

[3] *Id.*

2

IT IS SO ORDERED this 3rd day of March 2026.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE